IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

    CABINET CONNECTION, Inc.,

    Debtor.

ROBERT T. BRUEGGE, Trustee,

    Plaintiff,

v.

FIRST MID-ILLINOIS BANK,

    Defendant.

Chapter 7

Bkr. Case No. 05-61257

Adv. No. 06-06037

Case No. 06-cv-728-DRH

**ORDER**

**HERNDON, District Judge:**

    Before the Court is defendant The Checkley Agency, Inc. (stating that "First Mid-Illinois Bank" is a misnomer), moving for an Order withdrawing the reference of this matter to the Bankruptcy Court, as Defendant states it has never filed a proof of claim in the Cabinet Collection bankruptcy or otherwise submitted itself to the jurisdiction of the Bankruptcy Court and therefore will not consent to either a bench trial or jury trial before the Bankruptcy Court (Doc. 1). Instead, it demands a trial by jury in front of a United States District Court. There has not been a response to this Motion filed.

    However, the Court finds that Defendant should file a supplemental

memorandum to its Motion in order to show why, under **28 U.S.C. § 157**, reference of this matter to the Bankruptcy Court should be withdrawn, making appropriate citations to supporting statutory and/or case law.  Otherwise, the Court cannot affirmatively find that cause exists to grant the Motion.  Accordingly, Defendant's Supplemental Memorandum to its Motion to Withdraw Bankruptcy Reference is due by **Wednesday, November 1, 2006**.  If Plaintiff should seek to file a Response, this will be due by **Wednesday, November 8, 2006**.

    **IT IS SO ORDERED.**

Signed this 17th day of October, 2006.

                                                   /s/       David   RHerndon
                                                   **United States District Judge**