IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

    CABINET CONNECTION, Inc.,

    Debtor.

Chapter 7

Bkr. Case No. 05-61257

Adv. No. 06-06037

ROBERT T. BRUEGGE, Trustee,

    Plaintiff,

v.

FIRST MID-ILLINOIS BANK,

    Defendant.    Case No. 06-cv-728-DRH

## ORDER

**HERNDON, District Judge:**

    Now before the Court is the Trustee's Application to Compromise Controversy (Doc. 8). The Application relates to a previous adversary proceeding in bankruptcy court, case number 06-06037, which was thereafter removed to this Court upon an Order to withdraw reference on January 5, 2007 (Doc. 5). The Trustee states that a settlement has been reached with Defendant to settle the adversary proceeding for a sum of Ten Thousand Dollars ($10,000.00). Attached to the Application is the consent of Defendant's counsel.

    Thus, for good cause shown, the Court hereby authorizes the Trustee to settle the claim of the above-referenced bankruptcy estate against defendant First

Mid Illinois Bank in the original amount of Thirty-One Thousand Thirty and 90/100 Dollars ($31,030.90) for the sum of Ten Thousand Dollars ($10,000.00). The Trustee shall move to dismiss this matter within thirty (30) days from the date of this order or shall file a status memorandum apprising the Court of why the matter cannot yet be dismissed.

**IT IS SO ORDERED.**

Signed this 8th day of June, 2007.

/s/        David   RHerndon
**United States District Judge**