IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | |
|    CABINET CONNECTION, Inc., | Chapter 7 |
|    Debtor. | Bkr. Case No. 05-61257 |
| | Adv. No. 06-06037 |
| ROBERT T. BRUEGGE, Trustee, | |
|    Plaintiff, | |
| v. | |
| FIRST MID-ILLINOIS BANK, | |
|    Defendant. | Case No. 06-cv-728-DRH |

### ORDER

**HERNDON, District Judge:**

This Order hereby **ACKNOWLEDGES** the parties' Stipulation to Dismiss the above-captioned cause with prejudice, each party to bear its own costs. As such, the case (06-728-DRH) is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs. Judgment shall be entered accordingly and the Clerk is instructed to close the case file.

**IT IS SO ORDERED.**

Signed this 3rd day of July, 2007.

                                              /s/      David  RHerndon
                                              **United States District Judge**