IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | Chapter 7 |
| CABINET CONNECTION, INC., | Bkr. Case No. 05-61257 |
| Debtor, | Adv. No. 06-06037 |
| ROBERT BRUEGGE, Trustee, | |
| Plaintiff, | |
| vs. | Cause No. 06-CV-728 DRH |
| FIRST MID-ILLINOIS BANK, | |
| Defendant. | |

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.------------------------------------------------------------------------

**NORBERT G. JAWORSKI, CLERK**

July 12, 2007                     By:   s/Patricia Brown
                                            Deputy Clerk

APPROVED:  /s/   David   RHerndon
                **U.S. DISTRICT JUDGE**